Jeffrey T. Hammerschmidt
2445 Capitol Street, Ste. 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Paul Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAUL HERNANDEZ,<br><br>        Defendant | Case No.: 1:07CR0288<br><br>WAIVER OF APPEARANCE AND PROPOSED ORDER<br><br>Date:  February 7, 2008<br>Time: 9:00 a.m.<br><br>Judge: Hon. Lawrence J. O'Neill |

**TO:     THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S**

**OFFICE and/or ITS REPRESENTATIVES:**

Defendant, Paul Hernandez, by and through his attorney JEFFREY T. HAMMERSCHMIDT, hereby applies to this court for an Order waiving his appearance at the hearing currently set for February 7, 2008, at 9:00 a.m.

The reason for this request is that it is very difficult for defendant to make the trip from his home in Modesto, California, to Fresno because of the distance involved.  Mr. Hernandez has been in continued contact with his attorney, and gives his attorney full power to act on his behalf.  The matter of the hearing has been discussed.  Mr. Johnson is satisfied that all relative matters have been adequately discussed.

It is hereby requested that Paul Hernandez's appearance at the hearing on February 7, 2008, at 9:00 a.m. be excused.

//

//

Dated:  February 6, 2008                    Respectfully submitted,

/s/ Jeffrey T. Hammerschmidt
_____
JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant,
Paul Hernandez

* * * * * *

**PROPOSED ORDER**

Since the United States Attorney did not get a plea agreement offer to the defendant as promised, the Court has no choice but to continue the matter.  Under these circumstances, the Defendant's presence would a waste of time.  The Court will take up the issue with counsel about why this status conference is a waste of time.

**IT IS HEREBY ORDERED** that defendant, Paul Hernandez, is hereby excused from appearing at the hearing currently scheduled for February 7, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   February 6, 2008                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE