Jeffrey T. Hammerschmidt
2445 Capitol Street, Ste. 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Paul Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PAUL HERNANDEZ,<br><br>        Defendant | Case No.: 1:07-cr-00288-LJO-1<br><br>ORDER EXONERATING BAIL |

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in this matter and the Clerk of the Court is ordered to reconvey the following real property that was posted as security for bail in the amount of $100,000.00 on or about December 3, 2007:

    Owners:    Paul Hernandez Jr. and Cherie Hernandez

    Address:    1261 Shnoop Court, Lathrop, California, 95330

    APN:    196-490-39

DATED: September 30, 2008    _/s/ Lawrence J. O'Neill_____
                                                          LAWRENCE J. O'NEILL
                                                          United States District Court